UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| LEICHANDA GILLOM,<br><br>      Plaintiff,<br><br>vs.<br><br>BRIDGEWATER INTERIORS, LLC,<br><br>      Defendant. | Hon.<br><br>Case No.<br><br>Removed from the 3rd Circuit Court, County of Wayne (Case No. 22-009739-CD) |
| MUSSIN & SCANLAND, PLLC<br>Scott P. Mussin (P66748)<br>Jarard M. Scanland (P74992)<br>13351 Reeck Court, Suite 5<br>Southgate, MI 48195<br>Tel: 734-282-6037<br>Fax: 734-447-5853<br>jscanland@milawoffices.com<br><br>*Attorneys for Plaintiff* | FOLEY & LARDNER LLP<br>Philip B. Phillips (P55885)<br>Felicia S. O'Connor (P76801)<br>500 Woodward Avenue, Suite 2700<br>Detroit, MI  48226<br>Tel : 313-234-7100<br>Fax: 313-234-5800<br>pphillips@foley.com<br>foconnor@foley.com<br><br>*Attorneys for Defendant* |

## **NOTICE OF REMOVAL**

    Defendant Bridgewater Interiors, LLC ("Bridgewater" or "Defendant"), by and through undersigned counsel and pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, hereby removes to the United States District Court for the Eastern District of Michigan, Southern Division, the state court action described below.  As grounds for removal, Bridgewater states as follows:

1. This case was commenced by Plaintiff, Leichanda Gillom ("Plaintiff"), in the 3rd Circuit Court for the County of Wayne, State of Michigan, Case No. 22-009739-CD. A true and correct copy of the Complaint filed in the state court ("Complaint") is attached as Exhibit A.

2. The Complaint purports to allege "retaliatory harassment" and sexual harassment under Title VII of the Civil Rights Act of 1964 ("Title VII") and the Michigan Elliott-Larsen Civil Rights Act ("ELCRA").

3. Specifically, in Count I of the Complaint, alleging "retaliatory harassment," Paragraphs 16 and 19 reference the ELCRA, and Paragraph 17 references Title VII and a federal case that was brought pursuant to Title VII and the Kentucky Civil Rights Act, *Morris v. Oldham County Fiscal Court*, 201 F3d 784 (2000). In Count II of the Complaint, alleging sexual harassment, Paragraphs 28 and 31 reference the ELCRA, and Paragraph 29 references Title VII and, like in Count I, *Morris v. Oldham County Fiscal Court*, 201 F3d 784 (2000).

4. This Court has original jurisdiction arising under the laws of the United States pursuant to 28 U.S.C. § 1331.

5. Plaintiff's state law claim(s) arise out of the same transaction or occurrence as his federal law claims under Title VII and are so related that they form part of the same case or controversy and are, therefore, within the supplemental jurisdiction of this Court pursuant to 28 U.S.C. § 1367.

6. Removal jurisdiction exists pursuant to 28 U.S.C. §§ 1331 and 1441(a).

7. Counsel for Defendant accepted service of the Complaint on September 29, 2022. See attached Exhibit B, Proof of Service.

8. The attached Exhibit A includes all of the process, pleadings, and orders received by Bridgewater in this matter.

9. Although Bridgewater disputes any liability to Plaintiff, Bridgewater expressly incorporates the allegations contained in the Complaint attached hereto as part of Exhibit A for the purpose of demonstrating the propriety of removal.

10. Bridgewater accepted service of Plaintiff's Complaint on September 29, 2022. As such, this Notice of Removal is timely because it is being filed within thirty (30) days after Bridgewater was served with the summons and Complaint.

11. Pursuant to 28 U.S.C. § 1446(d), Bridgewater is serving written notice on Plaintiff of the filing of this Notice of Removal, and will serve and file Notice of Filing Notice of Removal, a copy of which is attached as Exhibit C, and a true and correct copy of this Notice of Removal with the Clerk of the 3rd Circuit Court for the County of Wayne.

12. As required by 28 U.S.C. § 1446(a), Bridgewater has attached copies of all state court process and pleadings to this Notice of Removal. *See* Exhibit A.

4875-4791-6602.1

13. Bridgewater has not attempted to litigate this case in state court or taken any action that could be construed as a waiver of its right of removal.

14. By removing the above-captioned case to this Court, Bridgewater does not waive any of its available defenses.

15. In accordance with 28 U.S.C. § 1441(a), venue of the removed action lies in the United States District Court for the Eastern District of Michigan, Southern Division, because the state court action was filed within this judicial district.

16. This Notice has been signed by the undersigned pursuant to Federal Rules of Civil Procedure 11, as required by 28 U.S.C. § 1446(a).

WHEREFORE, Bridgewater prays that this Notice of Removal be deemed good and sufficient, and that Plaintiff's Complaint be removed from the State of Michigan, 3rd Circuit Court for the County of Wayne, into this Court for trial and determination as provided by law, and that this Court enter such orders and issue such process as may be proper to bring before it copies of all records and proceedings in such civil action as if it had been originally commenced in this Court.

          Respectfully submitted,

          **FOLEY & LARDNER LLP**

          <u>*/s/ Felicia S. O'Connor*</u>
          Philip B. Phillips (P55885)
          Felicia S. O'Connor (P76801)
          500 Woodward Avenue, Suite 2700
          Detroit, MI 48226
          Tel : 313-234-7100
          Fax: 313-234-5800
          pphillips@foley.com
          foconnor@foley.com
          *Attorneys for Defendant*

Dated: October 20, 2022

4875-4791-6602.1

CERTIFICATE OF SERVICE

    I hereby certify that, on October 20, 2022, I caused to be filed Defendant's Notice of Removal and this Certificate of Service using the ECF system. A copy is being served via U.S. mail to the Wayne County Circuit Court clerk and to opposing counsel at the address set forth below:

Clerk of Court
Coleman A. Young Municipal Center
2 Woodward Avenue
Detroit, MI 48226

MUSSIN & SCANLAND, PLLC
Scott P. Mussin (P66748)
Jarard M. Scanland (P74992)
13351 Reeck Court, Suite 5
Southgate, MI 48195
Tel: 734-282-6037
Fax: 734-447-5853
jscanland@milawoffices.com

  *Attorneys for Plaintiff*

            */s/ Felicia S. O'Connor*
            Felicia S. O'Connor

4875-4791-6602.1